# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| M. Lee Arnold,<br>Derivatively on behalf of, CHESAPEAKE ENERGY CORPORATION,<br><br>   Plaintiff,<br><br>   vs.<br><br>AUBREY K. MCCLENDON, RICHARD K. DAVIDSON, V. BURNS HARGIS, FRANK KEATING, CHARLES T. MAXWELL, DON NICKLES, FREDERICK B. WHITTEMORE, MERRILL A. MILLER, JR., AND BREENE M. KERR,<br><br>   Defendants,<br><br>   and<br><br>CHESAPEAKE ENERGY CORPORATION, an Oklahoma corporation,<br><br>   Nominal Defendant. | **Civil Action No. 5:11-CV-985-M**<br><br>**JOINT APPLICATION TO STAY ALL PROCEEDINGS** |

**JOINT APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, on September 8, 2011, Plaintiff filed his Verified Shareholder Derivative Complaint (the "Complaint") in the above entitled matter;

WHEREAS, on December 23, 2011, the Court entered an Order consolidating this action with *James Clem v. Aubrey K. McClendon, et al.*, Case No. CIV-11-997-M;

WHEREAS, on December 23, 2011, the Court entered a Order deferring proceedings in this matter until the District Court of Oklahoma County approved the settlement of nearly identical issues present in shareholder derivative claims in state court (the "settlement") in Case No. CJ-2009-2870;

WHEREAS, on January 30, 2012 the District Court of Oklahoma County entered final approval of the settlement;

WHEREAS, on February 6, 2012, the Plaintiffs and Defendants agreed to extend the time of all Defendants to respond to the Complaint to March 6, 2012, pending Plaintiffs' decision whether to appeal the settlement;

WHEREAS, on February 7, 2012, the Court entered an Order deferring Defendants response to the Complaint until March 6, 2012;

WHEREAS, the Plaintiffs in this action filed an appeal of the District Court's final approval of the settlement on February 29, 2012 by way of a Petition In Error to the Supreme Court of Oklahoma, Case No. 110426;

WHEREAS, the Plaintiff and Defendants wish to avoid potentially unnecessary expenditures of corporate and judicial resources pending Plaintiffs' appeal;

WHEREAS, the parties have agreed to stay all proceedings until 30 days after the

Supreme Court of Oklahoma resolves the Plaintiffs' appeal; and

NOW THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, by and through their respective counsel, that all proceedings in this case shall be stayed until 30 days after the Supreme Court of Oklahoma resolves the Plaintiffs' appeal.

## RELIEF REQUESTED

All proceedings in this case shall be stayed until 30 days after the Supreme Court of Oklahoma resolves the Plaintiffs' appeal of the District Court's final approval of the settlement.

Dated:  March 6, 2012

        HOLLOWAY, BETHEA & OSENBAUGH

        /s/ Kenyatta R. Bethea
        (signed by JRW w/ permission)
        Kenyatta R. Bethea, OBA# 18650
        3035 N.W. 63rd, Suite 102N
        Oklahoma City, OK 73116
        Telephone:    (405) 246-0600
        Facsimile:     (405) 246-0601
        kbethea@hbolaw.com

        -and-

        Brian J. Robbins
        George C. Aguilar
        Jay N. Razzouk
        Lauren N. Ochenduszko
        ROBBINS UMEDA LLP
        600 B. Street, Suite 1900
        San Diego, CA 92101
        Telephone:    (619) 525-3990
        Facsimile:     (619) 525-3991

        -and-

Michael I. Fistel, Jr.
Marshall P. Dees
HOLZER HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, Georgia 30338
Telephone:   (770) 392-0090
Facsimile:   (770) 392-0029

*Attorneys for Plaintiffs*


McAFEE & TAFT A PROFESSIONAL CORPORATION

 */s/ James R. Webb*
James R. Webb, OBA #16548
211 North Robinson, Suite 1000
Two Leadership Square, 10th Floor
Oklahoma City, OK  73102
Telephone:   (405) 552-2246
Facsimile:   (405) 235-0439
Email:  Jim.Webb@mcafeetaft.com

    -and-

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN
M. TODD SCOTT
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

*Attorneys for Defendants Aubrey K. McClendon, Richard K. Davidson, V. Burns Hargis, Frank Keating, Breene M. Kerr, Charles T. Maxwell, Don Nickles, Frederick B. Whittemore and Merrill A. Miller, Jr., and Nominal Defendant Chesapeake Energy Corporation*