IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| M. LEE ARNOLD, derivatively on behalf of, CHESAPEAKE ENERGY CORP., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. CIV-11-985-M |
| AUBREY K. McCLENDON, et al., ) ) | |
| Defendants. ) | |

### ORDER

Before the Court is the parties' Joint Application to Stay All Proceedings, filed March 6, 2012. Upon review of the parties' motion, and for good cause shown, the Court GRANTS the parties' Joint Application to Stay All Proceedings [docket no. 42] and STAYS all the proceedings in this matter until 30 days after the Supreme Court of Oklahoma resolves plaintiff's appeal of the District Court of Oklahoma County's final approval of settlement.

**IT IS SO ORDERED this 14th day of March, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE