IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| M. LEE ARNOLD, derivatively on behalf of, CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-11-985-M |
| AUBREY K. McCLENDON, et al., | ) ) | |
| Defendants. | ) | |
| JAMES CLEM, derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-11-997-M |
| AUBREY K. McCLENDON, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is plaintiffs' Motion to Expedite Briefing Regarding Plaintiffs' Motion to Lift Stay, filed May 3, 2012. Upon review of plaintiffs' motion, and for good cause shown, the Court GRANTS plaintiffs' Motion to Expedite Briefing Regarding Plaintiffs' Motion to Lift Stay [docket no. 45]. Defendants shall file their response to plaintiffs' Motion to Lift Stay on or before May 16, 2012.

**IT IS SO ORDERED this 4th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE