UNITED STATES DISTRICT COURT
WESTERN DIVISION OF OKLAHOMA

|  |  |
|---|---|
| IN RE CHESAPEAKE ENERGY SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) ) | Lead Case No. 5:11-cv-00985-M<br><br>Relating to:<br>ALL ACTIONS |

## NOTICE OF RELATED CASES

Pursuant to LCvR 3.7, Plaintiffs hereby give notice to the Court that the following cases involve common issues of fact and/or grow out of the same transactions as those Plaintiffs Arnold and Clem would assert in their proposed Consolidated Amended Shareholder Derivative Complaint For Breach Of Fiduciary Duties, Waste Of Corporate Assets, Unjust Enrichment and Violations Of The Securities And Exchange Act. [Dkt. #44, Ex.1], which seeks relief derivatively on behalf of Chesapeake Energy Corporation:

| Case Caption | Case Number | Date Filed |
|---|---|---|
| *Deborah G. Mallow IRA SEP Invest. Plan v. McClendon, et al.* | 5:12-cv-436-R | April 19, 2012 |
| *Snyder v. McClendon, et al.*, No. | 5:12-cv-437-R | April 20, 2012 |
| *Weinstein v. McClendon, et al.*, | 5:12-cv-465-W | April 26, 2012 |
| *Leonard v. McClendon, et al.*, | 5:12-cv-479-W | April 30, 2012 |
| *Dolezal Family Ltd. P'ship v. McClendon, et al.*, | 5:12-cv-477-F | April 30, 2012 |
| *Shocat v. McClendon, et al.*, | 5:12-cv-488-M | May 1, 2012 |

| | | |
|---|---|---|
| *David A. Kroll Inc. Emps.' Profit-Sharing Plan and Trust v. McClendon, et al.,* | 5:12-cv-493-M | May 2, 2012 |
| *Howard Rosengarten v. McClendon, et al.* | 12-CV-505-HE | May 3, 2012 |
| *Norman Spiegle v. McClendon, et al.* | 5:12-CV-502-M | May 3, 2012 |

Should the Court lift the stay of the Plaintiffs' consolidated action, Plaintiffs intend to seek consolidation of the related cases so that they may proceed together under the existing counsel structure.

Respectfully submitted this 4th day of May, 2012.

**HOLZER HOLZER & FISTEL, LLC**

*/s/Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.*
MARSHALL P. DEES*
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

-and-

**ROBBINS UMEMA LLP**
GEORGE C. AGUILAR*
JAY N. RAZZOUK*
600 B Street, Suite 1900
San Diego, CA 92101

*Co-Lead Counsel and Counsel for Plaintiffs Arnold and Clem*

*admitted to appear *pro hac vice*

HOLLOWAY, BETHEA &

2

        OSENBAUGH, PLLC
        KENYATTA BETHEA
        3035 N.W. 63RD, Suite 102N
        Oklahoma City, OK 73116
        Telephone: (405) 246-0600
        Facsimile: (405) 810-4080

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. The Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants who have appeared in this matter.

**HOLZER HOLZER & FISTEL, LLC**

*/s/Michael I. Fistel, Jr.*
MICHAEL I. FISTEL, JR.