IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) M. LEE ARNOLD, Derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-11-985-M |
| (1) AUBREY K. McCLENDON, <br> (2) RICHARD K. DAVIDSON, <br> (3) V. BURNS HARGIS, <br> (4) FRANK KEATING, <br> (5) BREENE M. KERR, <br> (6) CHARLES T. MAXWELL, <br> (7) DON NICKLES, <br> (8) FREDERICK B. WHITTEMORE, <br> (9) MERRILL A. MILLER, JR., and | ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| (10) CHESAPEAKE ENERGY CORPORATION, an Oklahoma corporation, | ) ) ) ) |
| Nominal Defendant. | ) |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants Aubrey K. McClendon, Richard K. Davidson, V. Burns Hargis, Frank Keating, Breene M. Kerr, Charles T. Maxwell, Don Nickles, Frederick B. Whittemore, and Merrill A. Miller, Jr., and Nominal Defendant Chesapeake Energy Corporation.

I certify that I am admitted to practice in this Court and am registered with this Court's Electronic Case Filing System.

Dated this 16th day of May, 2012.

        *s/ Spencer F. Smith*
James R. Webb, OBA #16548
Spencer F. Smith, OBA #20430
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma  73102-7103
Telephone:    (405) 235-9621
Facsimile:     (405) 235-0439
jim.webb@mcafeetaft.com
spencer.smith@mcafeetaft.com

-and-

ORRICK, HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN
KENNETH P. HERZINGER
M. TODD SCOTT
CHRISTIN J. HILL
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: 415.773.5700
Facsimile: 415.773.5759

*Attorneys for Defendants Aubrey K. McClendon, Richard K. Davidson, V Burns Hargis, Frank Keating, Breene M. Kerr, Charles T. Maxwell, Don Nickles, Frederick B. Whittemore, and Merrill A. Miller, Jr., and Nominal Defendant Chesapeake Energy Corporation*

2

10000176_1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2012, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants for this case.

      *s/ Spencer F. Smith*