### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| M. LEE ARNOLD, derivatively on behalf of, CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-11-985-M |
| AUBREY K. McCLENDON, et al., | ) ) | |
| Defendants. | ) | |
| JAMES CLEM, derivatively on behalf of CHESAPEAKE ENERGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-11-997-M |
| AUBREY K. McCLENDON, et al., | ) ) | |
| Defendants. | ) | |

### ORDER

Before the Court is Jacob Shochat's ("Shochat") Motion to Expedite Briefing Regarding Shochat's Motion for Leave to Intervene, filed May 15, 2012. Upon review of Schochat's motion, and for good cause shown, the Court GRANTS Shochat's Motion to Expedite Briefing Regarding Shochat's Motion for Leave to Intervene [docket no. 49]. The parties shall file their responses to Shochat's Motion for Leave to Intervene, if any, on or before May 23, 2012.

**IT IS SO ORDERED this 18th day of May, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE