UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE CHESAPEAKE ENERGY SHAREHOLDER DERIVATIVE LITIGATION | ) ) Lead Case No. CIV-11-985-M ) ) Relating to: ) ALL ACTIONS ) |

## NOTICE OF RELATED CASES

Pursuant to LCvR 3.7, Plaintiffs hereby give notice to the Court of two new cases that involve common issues of fact and grow out of the same transactions as those Plaintiffs would assert in their proposed Consolidated Amended Shareholder Derivative Complaint for Breach of Fiduciary Duties, Waste of Corporate Assets, Unjust Enrichment and Violations of the Securities and Exchange Act [Dkt. #44, Ex.1] ("Proposed Complaint"), which seeks relief derivatively *on behalf of* Chesapeake Energy Corporation.

The first related action is *Erickson v. McClendon, et al.*, No. CIV-12-631-M, filed June 5, 2012, in this Court ("*Erickson* Action"). The *Erickson* is a shareholder derivative action and that alleges essentially the same facts, claims and theories as those in Plaintiffs' Proposed Complaint. Consistent with Plaintiffs' prior briefing, including the consolidated response [Dkt. #56] to the various motions to consolidate and appoint lead

- 1 -

counsel filed in Related Actions,[1] Plaintiffs respectfully submit that the *Ericson* Action, along with the other Related Actions, should be consolidated into this consolidated action pursuant to the Court's December 23, 2011 Order [Dkt. #39].

The second related action is *Operating Engineers Construction Industry and Miscellaneous Pension Fund v. McClendon, et al.*, No. CIV-12-640-L, filed June 5, 2012 ("*OECIMPF* Action").  The *OECIMPF* Action is a putative securities class action alleging violations of federal securities laws **against Chesapeake** and certain of its officers and directors.  Because this class action involves different claims, legal standards, and questions of law than the derivative actions, Plaintiffs believe that it is generally ill-suited for consolidation with the derivative actions.

Respectfully submitted this 11th day of June, 2012.

                ROBBINS UMEDA LLP

                        *s/ Jay N. Razzouk*
                JAY N. RAZZOUK

GEORGE C. AGUILAR*
JAY N. RAZZOUK*
600 B Street, Suite 1900

---

[1] The Related Actions are: (i) *Deborah G. Mallow IRA SEP Inv. Plan v. McClendon, et al.*, No. CIV-12-436-M (W.D. Okla. filed Apr. 19, 2012); (ii) *Snyder v. McClendon, et al.*, No. CIV-12-437-M (W.D. Okla. filed Apr. 20, 2012); (iii) *Dolezal Family Ltd. P'ship v. McClendon, et al.*, No. CIV-12-477-M (W.D. Okla. filed Apr. 30, 2012); (iv) *Leonard v. McClendon, et al.*, No. CIV-12-479-M (W.D. Okla. filed Apr. 30, 2012); (v) *Shochat v. McClendon, et al.*, No. CIV-12-488-M (W.D. Okla. filed May 1, 2012); (vi) *David A. Kroll Emps.' Profit-Sharing Plan & Trust v. McClendon, et al.*, No. CIV-12-493-M (W.D. Okla. filed May 2, 2012); (vii) *Robaczynski v. McClendon, et al.*, No. CIV-12-501-M (W.D. Okla. filed May 3, 2012); (viii) *Spiegel v. McClendon, et al.*, No. CIV-12-502-M (W.D. Okla. filed May 3, 2012); (ix) *Rosengarten v. McClendon, et al.*, No. CIV-12-505-M (W.D. Okla. filed May 3, 2012); (x) *Alberts v. McClendon, et al.*, No. CIV-12-545-M (W.D. Okla. filed May 11, 2012); and (xi) *Gerber v. McClendon, et al.*, No. CIV-12-584-M (W.D. Okla. filed May 21, 2012).

San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.*
MARSHALL P. DEES*
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*admitted to appear *pro hac vice*

*Co-Lead Counsel for Plaintiffs*

HOLLOWAY, BETHEA &
  OSENBAUGH, PLLC
KENYATTA BETHEA
3035 N.W. 63RD, Suite 102N
Oklahoma City, OK 73116
Telephone: (405) 246-0600
Facsimile: (405) 810-4080

*Liaison Counsel for Plaintiffs*

742672

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Kenyatta R. Bethea
HOLLOWAY, BETHEA &
OSENBAUGH
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116

Michael I. Fistel, Jr.
Marshall P. Dees
HOLZER HOLZER & FISTEL, LLC
200 Ashford Center North, Suite 300
Atlanta, GA 30338

James R. Webb
Spencer F. Smith
MCAFEE & TAFT, A.P.C.
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102

Don S. Strong
G. Stephen Martin
STRONG, MARTIN & ASSOCIATES, PLLC
2700 First National Center
120 North Robinson Avenue
Oklahoma City, OK 73102

Lewis S. Kahn
Albert M. Myers
Melinda A. Nicholson
KAHN SWICK & FOTI, LLC
206 Covington Street
Madison, LA 70447

Steven W. Crow
LAW OFFICES OF DELLUOMO
   & CROW
5617 N. Classen Boulevard
Oklahoma City, OK 73118

I further certify that I served the attached document by U.S. Mail on the following:

Frank J. Johnson
Brett Weaver
JOHNSON & WEAVER, LLP
110 West A Street, Suite 750
San Diego, CA 92101

Darren B. Derryberry
DERRYBERRY & NAIFEH, LLP
4800 North Lincoln Boulevard
Oklahoma City, OK 73105

Counsel for Plaintiff Greg Erickson

| | |
|---|---|
| John W. Norman | Jay W. Eisenhofer |
| Emmanuel E. Edem | John C. Kairis |
| L. Mark Bonner | Oderah C. Nwaeze |
| NORMAN & EDEM, PLLC | GRANT & EISENHOFER, P.A. |
| Renaissance Centre East | 123 Justison Street |
| 127 Northwest 10th Street | Wilmington, DE 19801 |
| Oklahoma, OK 73103 | |

Counsel for Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund

                                                        *s/ Jay N. Razzouk*
                                                        JAY N. RAZZOUK